# MEMORANDUM CASE

416 P.2d 491]

[S. F. No. 21871.   In Bank.   Aug. 2, 1966.]

Estate of KOSMA S. YAROVIKOFF, Deceased. SERA-PHIMA S. BACHTINA et al., Claimants and Respondents, v. STATE OF CALIFORNIA, Objector and Appellant.

Thomas C. Lynch, Attorney General, Elizabeth Miller and Ralph W. Scott, Deputy Attorneys General, for Objector and Appellant.

Garry, Dreyfus & McTernan and Francis J. McTernan for Claimants and Respondents.

TOBRINER, J.—This case raises the same issue as that posed in *Estate of Larkin, ante,* p. 60 [52 Cal.Rptr. 441, 416 P.2d 473] and is controlled by our decision in that case.[1] Accordingly, we affirm the judgment of the trial court entered

---

[1]The Attorney General seeks to distinguish the present case by noting that the beneficiaries here involved are residents of the Armenian Republic of the U.S.S.R. He contends that the record in *Larkin* is insufficient to support a finding of reciprocity with the Armenian Republic because the text of Article 8 which was introduced in that case was taken from the code of the R.S.F.S.R.

The record refutes the Attorney General's contention. All of the experts whose testimony was received in *Larkin,* including the expert called by the Attorney General, stated that the codes of all of the Soviet Republics incorporate the provisions of Article 8. (See also 1 Gsovski, Soviet Civil Law (1948) 354; Ginsburgs, *Inheritance by Foreigners Under Soviet Law* (1965) 51 Iowa L.Rev. 16, 21.)

pursuant to its finding that the Soviet Union extends reciprocal inheritance rights to our citizens.

Traynor, C. J., Peters, J., Peek, J., Burke, J., and Schauer, J.,* concurred.

Appellant's petition for a rehearing was denied August 31, 1966. Schauer, J.,* sat in place of Mosk, J., who deemed himself disqualified. McComb, J., was of the opinion that the petition should be granted.

*Retired Associate Justice of the Supreme Court sitting under assignment by the Chairman of the Judicial Council.